McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00027-BAM |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO DISMISS AND ORDER |
| v. | |
| CARLOS GUSTAVO TERAN-MIRANDA, | |
| Defendant. | |

Pursuant to the request of the investigative agency, the United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned matter.

Specifically, the Federal Bureau of Investigation (FBI) is the investigative agency that sought the UFAP complaint in this matter to assist the state investigative agency which initiated the underlying criminal prosecution that forms the basis of the UFAP complaint in this matter. The FBI has requested dismissal of this case, because the state agency no longer seeks federal assistance in the apprehension of the defendant.

It is also requested that the arrest warrant that issued herein be recalled.

Dated: October 1, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

Having considered the foregoing,

The above-captioned matter is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**October 1, 2018**__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE